IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN FEINGOLD | : | CIVIL ACTION |
| and PHILLIP GODDARD | : | NO. 11-6309 |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL | : | |
| AUTOMOBILE INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 3rd day of April, 2012, upon consideration of defendant's motion to dismiss plaintiffs' Amended Complaint, it is ORDERED that

1) defendant's motion is GRANTED with respect to Feingold's claims and Feingold's Amended Complaint against State Farm is DISMISSED;

2) defendant's motion is DENIED with respect to Goddard's claims;

3) Feingold shall cease his participation in Goddard's case;

4) State Farm shall file an Answer to Goddard's claims on or before Monday, April 23;

5) Goddard and State Farm shall agree upon a discovery schedule and submit same to the Court for approval on or before Monday, April 23;

6) Feingold's motion for leave to file a sur reply to defendant's motion to dismiss is DENIED as moot.

       *s/Thomas N. O'Neill, Jr.*
       THOMAS N. O'NEILL, JR., J.